UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>QUANZHONG AN and GUANGYANG AN,<br><br>                    Defendants. | Case No. 22-CR-460 (KAM)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Robert J. Anello hereby appears as counsel for Movants John Doe 1 and John Doe 2 in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or e-mail address set forth below.

Dated: New York, New York
       December 4, 2024

                                        MORVILLO ABRAMOWITZ GRAND
                                        IASON & ANELLO P.C.

                                By:     /s/ *Robert J. Anello*
                                        Robert J. Anello

                                        565 Fifth Avenue
                                        New York, NY 10017
                                        Telephone: (212) 880-9403
                                        Fax: (212) 856-9520
                                        ranello@maglaw.com

                                        *Attorney for Movants John Doe 1*
                                        *and John Doe 2*